**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1287

JAYLIN'S PROPERTIES, LLC,

Plaintiff - Appellee,

v.

REGINALD EVANS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:23-cv-05605-JFA)

Submitted:  July 25, 2024                    Decided:  July 30, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Reginald Evans, Appellant Pro Se.  Patrick M. Killen, SHULER-KILLEN, LLC, Sumter, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Evans seeks to appeal the district court's order accepting the recommendation of the magistrate judge and remanding this case to state court due to a lack of subject matter jurisdiction. With limited exceptions not applicable here, a district court's order remanding a removed case for lack of subject matter jurisdiction is not reviewable on appeal or otherwise. 28 U.S.C. § 1447(d); *see Doe v. Blair*, 819 F.3d 64, 66-67 (4th Cir. 2016) ("[A] district court may remand a case sua sponte for lack of subject matter jurisdiction at any time, and such an order is not reviewable.") (citations omitted)). Accordingly, we dismiss the appeal for lack of jurisdiction. *See id.* at 66. We deny as moot Appellee's motion to dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2